# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 110 MAL 2021

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

BRANDON K. SUMMERS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.